On Return from Remand
This court originally considered this matter in Ables v. State, [Ms. 2010592, Sept. 6, 2002] 874 So.2d 552 (Ala.Civ.App. 2002) ("Ables I"). InAbles I, the trial court had granted the State's petition seeking to condemn Ables's vehicle pursuant to §§ 28-4-286 through -290, Ala. Code 1975. This court reversed the judgment and remanded the case with instructions, directing the trial court to determine the value of Ables's vehicle and whether the forfeiture of that vehicle would constitute an excessive fine under the authority of United States v. Bajakajian,524 U.S. 321 (1998), and Ex parte Dorough, 773 So.2d 1001 (Ala. 2000).
Pursuant to this court's directive, the trial court has returned a judgment, dated May 28, 2003, in which it found the value of Ables's vehicle to be $15,000 and determined that the forfeiture of the vehicle under the facts of the case would constitute an excessive fine. Neither party has challenged the trial court's May 28, 2003, judgment. Therefore, we affirm that judgment.
AFFIRMED.
YATES, P.J., and PITTMAN, J., concur.